UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| SHERYL SEMMLER, | * | CIV. 20-5072 |
| Plaintiff, | * | |
| vs. | * | **COMPLAINT** |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

COMES NOW the above-named Plaintiff, Sheryl Semmler, by and through her undersigned counsel, and states and alleges as follows:

1. That at all times relevant hereto, Plaintiff Sheryl Semmler, formerly known as Sheryl Bauman, was and is a resident of Rapid City, South Dakota.

2. That the Defendant, United States of America, is amenable to this suit under the provisions of a Federal Tort Claims Act 28 U.S.C. §§ 1346(b), 2401(b), and §§ 2671-2680.

3. That exclusive jurisdiction of this Court is conferred by 28 U.S.C. § 1346(b) and venue in this Court is proper under 28 U.S.C. § 1402(b).

4. That on December 13, 2019, and in conformity with 28 U.S.C. § 2675, Plaintiff submitted a Form 95 Claim for Damage, Injury, or Death to the Office of the Solicitor, Department of the Interior in Washington, D.C. That claim sought $350,000.00 in damages. A copy of that FTCA claim is attached as **Exhibit 1**.

5. That FedEx Tracking indicates the claim documents were hand delivered to the Solicitor's Office of the Department of the Interior on December 16, 2019. A copy of the delivery receipt is attached as **Exhibit 2**.

COMPLAINT
*Sheryl Semmler vs. United States of America*
*Page 2 of 3*

5. That more than six (6) months have elapsed following the submission of the claim, and Plaintiff has never received a response of any type, either of claim approval or denial, and therefore has exhausted her administrative remedies pursuant to 28 U.S.C. § 2675.

## GENERAL ALLEGATIONS

8. That on December 22, 2017, Kyle Golus was operating a vehicle owned by the United States General Services Administration, traveling northbound on Milwaukee Street in Rapid City, Pennington County, South Dakota.

9. That Kyle Golus failed to exercise his duty of reasonable care and to keep a safe lookout for other drivers on the roadway, and struck the vehicle operated by Sheryl Semmler, causing her bodily injury.

10. That the negligence of Kyle Golus was a legal cause of damage to Sheryl Semmler. Sheryl Semmler sustained personal injuries, including but not limited to: permanent impairment, pain and suffering, loss of enjoyment of life, disfigurement and disability (temporary and permanent), expenses for necessary medical attention (past and future), and other related damages.

11. That Kyle Golus, during all times mentioned, was acting within the course and scope of his employment of the Bureau of Indian Affairs, which is an agency of the United States Department of the Interior. Under the doctrine of respondeat superior, the employer is vicariously liable for the negligence of its employees.

WHEREFORE Plaintiff respectfully prays that the Court hear the case and after a trial on the merits, that the Court enter judgment in favor of Plaintiff and against Defendant in a sum to be determined by the Court, including pre-judgment interest, as well as any further relief the Court deems just and equitable.

COMPLAINT
*Sheryl Semmler vs. United States of America*
*Page 3 of 3*

Dated this ____4th____ day of December, 2020.

                              WHITING HAGG HAGG
                              DORSEY & HAGG, LLP

By_____
                              Rexford A. Hagg
                              Attorneys for Plaintiff
                              P.O. Box 8008
                              Rapid City, SD 57709
                              PH: (605) 348-1125
                              Email: rex.hagg@amatteroflaw.com

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Sheryl Semmler

## DEFENDANTS
United States of America

**(b)** County of Residence of First Listed Plaintiff: Pennington
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
See Attachment

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [x] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 446 Amer. w/Disabilities - Other / [ ] 540 Mandamus & Other / 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education / 555 Prison Condition / 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1346(b), 2401(b), and 2671-2680

Brief description of cause:
Federal Tort Claim Act - Vehicle Accident

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $350,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE: 12/4/2020

SIGNATURE OF ATTORNEY OF RECORD: *(signature)*

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

**Attachment to Civil Cover Sheet**

**1.(c)  Attorneys**

Rexford A. Hagg
John Stanton Dorsey
Whiting Hagg Hagg Dorsey & Hagg, LLP
P.O. Box 8008
Rapid City SD  57709
Ph: (605) 348-1125